1  Cindi L. Pusateri (State Bar No. 216899)
   Email: cpusateri@meyerwhite.com
2  Hien Nguyen (State Bar No. 229794)
   E-mail: hnguyen@meyerwhite.com
3  MEYER WHITE LLP
   600 Wilshire Blvd., Suite 960
4  Los Angeles, California 90017
   Telephone:   (213) 330-1760
5  Facsimile:   (213) 330-1759

6  Theresia Moser (pro hac vice)
   Email: tmoser@meyerwhite.com
7  Ashley V. Herd (pro hac vice)
   aherd@meyerwhite.com
8  MEYER WHITE LLP
   Southern Dairies Building
9  621 North Avenue, N.E. Suite C-150
   Atlanta, Georgia 30308-2864
10 Telephone:   (404) 537-5330
   Facsimile:   (404) 537-5340
11
   Attorneys for Defendant
12 CUMULUS MEDIA INC.

13
   Robert Ottinger (State Bar No. 156825)
14 Email: Robert@ottingerlaw.com
   The Ottinger Firm, P.C.
15 One Market
   Spear Tower, Suite 3600
16 San Francisco, California 94105
   Telephone:   (415) 293-8223
17 Fax:         (415) 520-0555

18 Attorney for Plaintiff
   BRIAN MAS

19
20                    **UNITED STATES DISTRICT COURT**
21              **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**
22

| | |
|---|---|
| **BRIAN MAS, on behalf of himself and classes of those similarly situated,** | **Case No. C 10-01396 EMC** |
| **Plaintiffs,** | **STIPULATION AND [PR~~OPO~~SED] ORDER RE: SUBSTITUTION OF NAMED DEFENDANT AND DISMISSAL OF CUMULUS MEDIA INC.** |
| **v.** | |
| **CUMULUS MEDIA, INC., and DOES 1 through 50, inclusive,** | |
| **Defendants.** | |

Subject to the approval of the Court, Plaintiff Brian Mas ("Plaintiff") and Defendant Cumulus Media Inc. ("Defendant") enter into the following stipulation pursuant to Civil L.R. 6-2:

WHEREAS, at the parties' Case Management Conference held on February 23, 2011, the Honorable Edward M. Chen presiding, the parties agreed to stipulate that the named defendant in this case, Cumulus Media, Inc. ("CMI"), would be dismissed and that Cumulus Media Partners Susquehanna Corporation ("CMP") would be substituted in place of CMI as the only named defendant in this action;

WHEREAS, in light of the dismissal of CMI, the Court vacated as moot Defendant's previously pending Motion to Dismiss (*see* Docket Entry # 37); and

WHEREAS, pursuant to the Court's Minute Order dated February 23, 2011 (Docket Entry #36), the Court directed the parties to file a stipulated proposed order memorializing the stipulation recited on the record at the February 23 Case Management Conference concerning the dismissal of CMI and substitution of CMP as named defendant in this action.

NOW, THEREFORE, the parties hereby stipulate that:

1. Subject to the Court's approval, CMI shall be dismissed as a defendant to this action.

2. CMP shall be substituted in place of CMI as the sole named defendant in this action.

3. If Plaintiff subsequently seeks to amend his Complaint to add CMI as a party to this action, he must first seek leave of Court to amend, and such leave will not be granted unless Plaintiff demonstrates good cause for including CMI as a party, along with all other requirements, as provided for by the Federal Rules of Civil Procedure, for amending pleadings where the party has no right to amend as a matter of course.

1
2   Stipulated to: March 3, 2011                MEYER WHITE LLP
3
4                                               By: /s/Theresia Moser
                                                    Theresia Moser
5
                                                Attorneys for Defendant
6                                               CUMULUS MEDIA INC.
7
8   Stipulated to: March 3, 2011                OTTINGER FIRM PC
9
10                                              By: /s/Robert Ottinger
                                                    Robert Ottinger
11
                                                Attorneys for Plaintiff
12                                              BRIAN MAS
13
14       **PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT**:
15       CMI is DISMISSED as a defendant to this action and CMP is substituted as the sole
16  named defendant. If Plaintiff subsequently seeks to amend his Complaint to add CMI as a party
17  to this action, he must first seek leave of Court to amend, and such leave will not be granted
18  unless Plaintiff demonstrates good cause for including CMI as a party, along with all other
19  requirements, as provided for by the Federal Rules of Civil Procedure, for amending pleadings
20  where the party has no right to amend as a matter of course.
21
22           3/4/11
    Dated: _____
23
24
25                                              _____
                                                IT IS SO ORDERED
26                                              Judge Edward M. Chen
27
28
                                              - 3 -
                  **STIPULATION AND [PROPOSED] ORDER RE: SUBSTITUTION OF CMI**
                                                CASE NO. C 10-01396 EMC