1 | Cindi L. Pusateri (State Bar No. 216899)
Email: cpusateri@meyerwhite.com
2 | Hien Nguyen (State Bar No. 229794)
E-mail: hnguyen@meyerwhite.com
3 | MEYER WHITE LLP
600 Wilshire Blvd., Suite 960
4 | Los Angeles, California 90017
Telephone:   (213) 330-1760
5 | Facsimile:    (213) 330-1759

6 | Theresia Moser (*pro hac vice*)
Email: tmoser@meyerwhite.com
7 | Ashley V. Herd (*pro hac vice*)
Email: aherd@meyerwhite.com
8 | MEYER WHITE LLP
Southern Dairies Building
9 | 621 North Avenue, N.E. Suite C-150
Atlanta, Georgia 30308-2864
10 | Telephone:   (404) 537-5330
Facsimile:    (404) 537-5340

Attorneys for Defendant
12 | CUMULUS MEDIA PARTNERS
SUSQUEHANNA CORPORATION

14 | Robert Ottinger (State Bar No. 156825)
Email: robert@ottingerlaw.com
15 | The Ottinger Firm, P.C.
One Market
16 | Spear Tower, Suite 3600
San Francisco, California 94105
17 | Telephone:   (415) 293-8223
Fax:             (415) 520-0555

Attorney for Plaintiff
19 | BRIAN MAS

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| **BRIAN MAS, on behalf of himself and classes of those similarly situated,**<br><br>Plaintiffs,<br><br>v.<br><br>**CUMULUS MEDIA PARTNERS SUSQUEHANNA CORPORATION,**<br><br>Defendant. | **Case No. C 10-01396 EMC**<br><br>**STIPULATION AND [PROPOSED] ORDER RE: PHASE II DISCOVERY AND MOTION DEADLINES** |

Subject to the approval of the Court, Plaintiff Brian Mas and Defendant Cumulus Media Partners Susquehanna Corporation enter into the following stipulation pursuant to Civil L.R. 6-2:

WHEREAS, on July 19, 2010, the Court issued a Case Management Order establishing deadlines in this Case;

WHEREAS, the Court set the deadline to complete mediation on November 30, 2010, and the following additional deadlines, *inter alia*: Phase II discovery completion on May 31, 2011; expert witness designation and disclosure by April 15, 2011 (with rebuttals to occur within 30 days); motions for summary judgment by June 15, 2011; and any Rule 23 motions on class certification by June 30, 2011;

WHEREAS, on February 24, 2011, the Court issued a First Amended Case Management and Pretrial Order for Jury Trial in this Case;

WHEREAS, the Court maintained the deadlines set at the July 10, 2010 Case Management Conference, except that it extended the deadline for mediation to March 21, 2011, and expert witness designations and disclosures to June 15, 2011  (with rebuttals to occur within 30 days);

WHEREAS, the parties are continuing mediation discussions with Sanford Jay Rosen, the Court-appointed mediator, including a session on April 11, 2011; and

WHEREAS, it will be apparent within 30 days whether any additional alternative dispute resolution would be productive.

NOW, THEREFORE, the parties stipulate, subject to the Court's approval, that:

The parties will continue to actively engage in mediation discussions with the Court-appointed mediator.

The deadline for Phase II discovery completion shall be extended by one month from May 31, 2011 to **June 30, 2011.**

The deadline for expert witness designation and disclosure shall be extended by one month from June 15, 2011 to **July 15, 2011**. Rebuttal expert designations and disclosures must occur by **August 15, 2011**.

- 2 -
**STIPULATION AND [PROPOSED] ORDER RE: PHASE II DISCOVERY AND MOTION DEADLINES**
CASE NO. C 10-01396 EMC

The deadline for motions for summary judgment shall be extended by one month from June 15, 2011 to **July 15, 2011**.

The deadlines for any Rule 23 motions on class certification shall be extended to **August 1, 2011**.

The trial date and all other dates and deadlines in this Case shall remain in place.

Stipulated to:  April 13, 2011          MEYER WHITE LLP


                                        By: /s/Theresia Moser
                                            Theresia Moser

                                        Attorneys for Defendant
                                        CUMULUS MEDIA PARTNERS
                                        SUSQUEHANNA CORPORATION

Stipulated to:  April 13, 2011          OTTINGER FIRM PC


                                        By: /s/Robert Ottinger
                                            Robert Ottinger

                                        Attorneys for Plaintiff
                                        BRIAN MAS

- 3 -
**STIPULATION AND [PROPOSED] ORDER RE: PHASE II DISCOVERY AND MOTION DEADLINES**
CASE NO. C 10-01396 EMC

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED**:

In recognition of the parties' continued mediation discussions in the above-referenced litigation, the following deadlines are extended as stipulated by the parties.

1. The deadline for Phase II discovery completion shall be extended by one month from May 31, 2011 to **June 30, 2011.**

2. The deadline for expert witness designation and disclosure shall be extended by one month from June 15, 2011 to **July 15, 2011**. Rebuttal expert designations and disclosures must occur by **August 15, 2011**.

3. The deadline for motions for summary judgment shall be extended by one month from June 15, 2011 to **July 15, 2011**.

4. The deadlines for any Rule 23 motions on class certification shall be extended to **August 1, 2011**.

5. The trial date and all other dates and deadlines in this Case shall remain in place.

Dated: April 15, 2011 _____

_____
EDWARD M. C
United States Ma



# **CERRIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 13, 2011, I electronically filed the foregoing document described as follows:

**STIPULATION AND [PROPOSED] ORDER RE: PHASE II DISCOVERY AND MOTION DEADLINES**

using the CM/ECF filing system.  I also certify that the foregoing document is being served this date on all counsel of record or pro se parties listed below in the manner specified, either via transmission of Notices of Electronic Filing generated by the CM/ECF system or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

| Party Served | Method of Service |
|---|---|
| Robert Ottinger<br>THE OTTINGER FIRM, PC<br>South Street Seaport, 19 Fulton St.<br>Suite 408<br>New York, NY 10038 | Transmission generated by CM/ECF system |

/s/ Cindi Pusateri
Cindi Pusateri