| | |
|---|---|
| 1 | Cindi L. Pusateri (State Bar No. 216899) |
| | Email: cpusateri@meyerwhite.com |
| 2 | Hien Nguyen (State Bar No. 229794) |
| | E-mail: hnguyen@meyerwhite.com |
| 3 | MEYER WHITE LLP |
| | 600 Wilshire Blvd. |
| 4 | Suite 960 |
| | Los Angeles, California  90017 |
| 5 | Telephone:   (213) 330-1760 |
| | Facsimile:     (213) 330-1759 |

Theresia Moser (pro hac vice)
Email: tmoser@meyerwhite.com
Ashley Herd (pro hac vice)
Email: aherd@meyerwhite.com
MEYER WHITE LLP
Southern Dairies Building
621 North Avenue, N.E. Suite C-150
Atlanta, Georgia 30308-2864
Telephone:   (404) 537-5330
Facsimile:     (404) 537-5340

Attorneys for Defendant
CUMULUS MEDIA PARTNERS
SUSQUEHANNA CORPORATION

Robert Ottinger (State Bar No. 156825)
Email: Robert@ottingerlaw.com
The Ottinger Firm, P.C.
One Market
Spear Tower, Suite 3600
San Francisco, California  94105
Telephone:   (415) 293-8223
Fax:              (415) 520-0555

Attorney for Plaintiff BRIAN MAS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| BRIAN MAS, on behalf of himself and classes of those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CUMULUS MEDIA SUSQUEHANNA CORPORATION,<br><br>Defendants. | **Case No. C 10-01396 EMC**<br><br>Assigned to: Magistrate Judge Edward M. Chen<br><br>THIRD JOINT CASE MANAGEMENT STATEMENT ;<br>ORDER RESETTING STATUS CONFERENCE<br>Date: June 1, 2011 |

**THIRD JOINT CASE MANAGEMENT CONFERENCE STATEMENT**
CASE NO. C 10-01396 EMC

Pursuant to Civil Local Rule 16-9, Plaintiff Brian Mas ("Plaintiff") and Defendant Cumulus Media Susquehanna Corporation ("Defendant")(collectively, the "Parties") submit this updated Joint Case Management Statement in anticipation of the upcoming Case Management Conference scheduled to take place on June 8, 2011.

The Parties engaged in mediation on February 14, 2011, and April 11, 2011, at the offices of Mediator Sanford J. Rosen (Rosen, Bien & Galvan, LLP). Shortly after the April mediation, the Parties agreed to settle all claims in the lawsuit. The Parties are currently finalizing all settlement paperwork and will be filing a motion for preliminary approval of the settlement as soon as possible. Due to their successful settlement discussions and efforts to finalize all related paperwork, the Parties request that the June 8 Case Management Conference be taken off the calendar.

Dated: June 1, 2011     MEYER WHITE LLP

By: /s/Theresia Moser
    Theresia Moser

Attorneys for Defendant
CUMULUS MEDIA PARTNERS
SUSQUEHANNA CORPORATION

Dated: June 1, 2011     OTTINGER FIRM PC

By: /s/Robert Ottinger
    Robert Ottinger

Attorneys for Plaintiff
BRIAN MAS

IT IS SO ORDERED that the status conference is reset from 6/8/11 to 9/2/11 at 10:30 a.m. in Courtroom 5, 17th Floor. An updated joint status report shall be filed by 8/26/11.

_____
Edward M. Chen
U.S. District Judge

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

JOINT CASE MANAGEMENT CONFERENCE STATEMENT
CASE NO. C 10-01396 EMC