1  Cindi L. Pusateri (State Bar No. 216899)
   Email: cpusateri@meyerwhite.com
2  Hien Nguyen (State Bar No. 229794)
   E-mail: hnguyen@meyerwhite.com
3  MEYER WHITE LLP
   600 Wilshire Blvd., Suite 960
4  Los Angeles, California 90017
   Telephone: (213) 330-1760
5  Facsimile: (213) 330-1759

6  Theresia Moser (pro hac vice)
   Email: tmoser@meyerwhite.com
7  Ashley Herd (pro hac vice)
   Email: aherd@meyerwhite.com
8  MEYER WHITE LLP
   Southern Dairies Building
9  621 North Avenue, N.E. Suite C-150
   Atlanta, Georgia 30308-2864
10 Telephone: (404) 537-5330
   Facsimile: (404) 537-5340
11
   Attorneys for Defendant
12 CUMULUS MEDIA PARTNERS
   SUSQUEHANNA CORPORATION
13
   Robert Ottinger (State Bar No. 156825)
14 Email: Robert@ottingerlaw.com
   The Ottinger Firm, P.C.
15 One Market
   Spear Tower, Suite 3600
16 San Francisco, California 94105
   Telephone: (415) 293-8223
17 Fax: (415) 520-0555

18 Attorney for Plaintiff BRIAN MAS

19                UNITED STATES DISTRICT COURT

20     NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

21

| | |
|---|---|
| 22  BRIAN MAS, on behalf of himself and classes of those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CUMULUS MEDIA SUSQUEHANNA CORPORATION,<br><br>Defendants. | **Case No. C 10-01396 EMC**<br><br>Assigned to: Magistrate Judge Edward M. Chen<br><br>STIPULATED REQUEST TO CONTINUE SEPTEMBER 2, 2011 STATUS CONFERENCE ; ORDER |

**STIPULATION TO CONTINUE STATUS CONFERENCE**
CASE NO. C 10-01396 EMC

1 | Subject to the approval of the Court, Plaintiff Brian Mas and Defendant Cumulus Media Partners Susquehanna Corporation ("Parties") enter into the following stipulation pursuant to Civil L.R. 6-2:

1. A status conference is currently scheduled to take place in this Action before Judge Edward Chen on September 2, 2011, at 10:30 a.m. in Courtroom 5 of the above-referenced court.

2. The Parties are very close to finalizing their Joint Stipulation Re: Settlement and Release of Class Claims ("Settlement Agreement"), and joint Motion for Preliminary Approval of Settlement ("Motion for Preliminary Approval"), and anticipate that the Motion for Preliminary Approval and supporting papers will be filed no later than September 2, 2011.

3. The Parties jointly stipulate and request, subject to the Court's approval, that the September 2, 2011, status conference be continued to the same date set for the hearing on the Parties' Motion for Preliminary Approval, which date will be confirmed upon the filing of said Motion.

Dated:  August  26, 2011                                      MEYER WHITE LLP


                                                              By: /s/Theresia Moser
                                                                  Theresia Moser

                                                              Attorneys for Defendant
                                                              CUMULUS MEDIA PARTNERS
                                                              SUSQUEHANNA CORPORATION

Dated:  August  26, 2011                                      OTTINGER FIRM PC


                                                              By: /s/Robert Ottinger
                                                                  Robert Ottinger

                                                              Attorneys for Plaintiff
                                                              BRIAN MAS

1  Based on the Parties' foregoing Stipulation, and good cause appearing therefor, the September 2, 2011, status conference is taken off calendar and continued to the date set for hearing on the Parties' Motion for Preliminary Approval, which motion is to be filed no later than September 2, 2011. The status conference is reset to October 21, 2011 at 1:30 p.m.  An updated joint status report shall be filed by October 14, 2011.

IT IS SO ORDERED.



_____
EDWARD M. CHEN,
U.S. DISTRICT COURT JUDGE

- 3 -
**STIPULATION TO CONTINUE STATUS CONFERENCE**
CASE NO. C 10-01396 EMC