| | |
|---|---|
| 1 | Cindi L. Pusateri (State Bar No. 216899) |
| | Email: cpusateri@meyerwhite.com |
| 2 | Hien Nguyen (State Bar No. 229794) |
| | E-mail: hnguyen@meyerwhite.com |
| 3 | MEYER WHITE LLP |
| | 600 Wilshire Blvd., Suite 960 |
| 4 | Los Angeles, California 90017 |
| | Telephone: (213) 330-1760 |
| 5 | Facsimile: (213) 330-1759 |
| 6 | Theresia Moser (pro hac vice) |
| | Email: tmoser@meyerwhite.com |
| 7 | Ashley Herd (pro hac vice) |
| | Email: aherd@meyerwhite.com |
| 8 | MEYER WHITE LLP |
| | Southern Dairies Building |
| 9 | 621 North Avenue, N.E. Suite C-150 |
| | Atlanta, Georgia 30308-2864 |
| 10 | Telephone: (404) 537-5330 |
| | Facsimile: (404) 537-5340 |
| 11 | |
| | Attorneys for Defendant |
| 12 | CUMULUS MEDIA PARTNERS |
| | SUSQUEHANNA CORPORATION |
| 13 | AKA CMP SUSQUEHANNA CORP. |
| 14 | Robert Ottinger (State Bar No. 156825) |
| | Email: Robert@ottingerlaw.com |
| 15 | The Ottinger Firm, P.C. |
| | One Market |
| 16 | Spear Tower, Suite 3600 |
| | San Francisco, California 94105 |
| 17 | Telephone: (415) 293-8223 |
| | Fax: (415) 520-0555 |
| 18 | |
| | Attorney for Plaintiff BRIAN MAS |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| BRIAN MAS, on behalf of himself and classes of those similarly situated, | **Case No. C 10-01396 EMC** |
| Plaintiffs, | Assigned to: Judge Edward M. Chen |
| v. | STIPULATION AND [P~~ROPOS~~ED] |
| CUMULUS MEDIA PARTNERS SUSQUEHANNA CORPORATION, | ORDER TO CONTINUE HEARING ON JOINT MOTION FOR |
| Defendants. | PRELIMINARY APPROVAL OF CLASS SETTLEMENT |

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING**
CASE NO. C 10-01396 EMC

Subject to the approval of the Court, Plaintiff Brian Mas and Defendant Cumulus Media Partners Susquehanna Corp. aka CMP Susquehanna Corp. (collectively "the Parties") enter into the following stipulation pursuant to Civil L.R. 6-2:

1. A Hearing on the Parties' Joint Motion for Preliminary Approval of Class Settlement ("Hearing") is currently scheduled to take place in this Action before Judge Edward Chen on October 14, 2011 at 1:30 p.m. in Courtroom 5 of the above-referenced court.

2. The Parties have a conflict on that day and have identified October 28, 2011, as a mutually-agreeable date to continue the Hearing.

3. The Parties jointly stipulate and request, subject to the Court's approval, that the October 14, 2011 Hearing be continued to October 28, 2011 at 1:30 p.m. in Courtroom 5.

Stipulated to: September 7, 2011        MEYER WHITE LLP


                                        By: /s/Theresia Moser
                                            Theresia Moser

                                        Attorneys for Defendant
                                        CUMULUS MEDIA PARTNERS
                                        SUSQUEHANNA CORP. AKA CMP
                                        SUSQUEHANNA CORP.

Stipulated to: September 7, 2011        OTTINGER FIRM PC


                                        By: /s/Robert Ottinger
                                            Robert Ottinger

                                        Attorneys for Plaintiff
                                        BRIAN MAS

Based on the Parties' foregoing Stipulation, and good cause appearing therefor, the Parties' Joint Motion for Preliminary Approval of Class Action Settlement is set to be heard by the Court on October 28, 2011 at 1:30 p.m.

IT IS SO ORDERED.

Dated: September 8, 2011



_____
ENA
ict Judge