UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRIAN MAS,

      Plaintiff,

    v.

CUMULUS MEDIA INC.,

      Defendant.
_____/

No. C-10-1396 EMC

**ORDER RE ADDITIONAL BRIEFING FOR JANUARY 6, 2012 HEARING**

The parties are hereby ordered to file a short brief (jointly or separately, maximum of three (3) pages) by 5:00 p.m., January 5, 2012, addressing:

    1.    The strengths and weaknesses of the merits of Defendant's exemption claims (*e.g.* outside sales exemption, administrative exemption),

    2.    As to those survey respondent who claimed to have documentation of overtime and business expenses, the specific nature and quality of those documents.

The parties shall also be prepared to address why a settlement value to the class constituting roughly 10-15% of the likely maximum verdict value is justified in this case.

IT IS SO ORDERED.

Dated: January 4, 2012

                                                    _____
                                                    EDWARD M. CHEN
                                                    United States District Judge