1  Hien Nguyen (State Bar No. 229794)
   E-mail: hnguyen@mmlfirm.com
2  MEYER MOSER LANG LLP
   600 Wilshire Blvd., Suite 960
3  Los Angeles, California 90017
   Telephone:    (213) 330-1760
4  Facsimile:    (213) 330-1759

5  Theresia Moser (*pro hac vice*)
   Email: tmoser@ mmlfirm.com
6  Ashley V. Herd (*pro hac vice*)
   Email: aherd@ mmlfirm.com
7  MEYER MOSER LANG LLP
   Southern Dairies Building
8  621 North Avenue, N.E. Suite C-150
   Atlanta, Georgia 30308-2864
9  Telephone:    (404) 537-5330
   Facsimile:    (404) 537-5340
10
   Attorneys for Defendant
11 CUMULUS MEDIA PARTNERS
   SUSQUEHANNA CORP. aka CMP
12 SUSQUEHANNA CORP.

13 Robert Ottinger (State Bar No. 156825)
   Email: robert@ottingerlaw.com
14 The Ottinger Firm, P.C.
   One Market
15 Spear Tower, Suite 3600
   San Francisco, California 94105
16 Telephone:    (415) 293-8223
   Fax:          (415) 520-0555
17
   Attorney for Plaintiff
18 BRIAN MAS

19              **UNITED STATES DISTRICT COURT**

20      **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

21 **BRIAN MAS, on behalf of himself and**        **Case No. C 10-01396 EMC**
   **classes of those similarly situated,**
22                                                **[PR~~OPOS~~ED] ORDER GRANTING**
                                                  **FINAL APPROVAL OF SETTLEMENT,**
23                **Plaintiffs,**                 **JUDGMENT AND DISMISSAL**

24         **v.**                                 Date: July 13, 2012
                                                  Time: 1:30 p.m.
25 **CUMULUS MEDIA PARTNERS**                     Courtroom: 5, 17th Floor
   **SUSQUEHANNA CORPORATION,**
26
                  **Defendant.**
27

28

The Joint Motion for Final Approval of Class Action Settlement ("Motion"), pursuant to the Court's Order Granting Preliminary Approval of Settlement and Conditional Certification of Settlement Class, and Setting Fairness Hearing ("Preliminary Order"), was heard before this Court on July 13, 2012 at 1:30 p.m. in Courtroom 5 of the above-captioned Court.  In their Motion, Plaintiff Brian Mas ("Plaintiff" or "Mas") and Defendant Cumulus Media Partners Susquehanna Corp. aka CMP Susquehanna Corp. ("Defendant" or "CMP Susquehanna") (collectively, "the Parties") jointly requested that this Court grant final approval of the settlement set forth in the Parties' Joint Stipulation re: Settlement and Release of Class Action Claims ("Settlement Agreement").  After due and adequate notice to the Class, having considered the Parties' Motion and Exhibits incorporated therein, including the Settlement Agreement, relevant legal authority, the record in this case, and having had the benefit of oral argument, the Court hereby GRANTS the Parties' Motion and makes the following determination and orders:

1.     All defined terms in this Order Granting Final Approval of Settlement, Judgment and Dismissal ("Final Order") shall have the same meanings as set forth in the Settlement Agreement executed by the Parties.

2.     The Court finds that the Settlement Agreement satisfies the requirements of Federal Rule of Civil Procedure ("Rule") 23 (a) and (b) and merits final approval.  Specifically, it appears that the class is so numerous that joinder of all members is impractical; there are questions of law or fact common to the class; the claims of the representative parties are typical of the claims of the class; and the representative parties will fairly and adequately protect the interests of the class.  Additionally, questions of law or fact common to class members predominate over any questions affecting only individual members, and a class action is superior to other available methods for fairly and efficiently adjudicating the controversy.

3.     The Court finds that the Settlement Agreement and its Exhibits, incorporated in full by this reference and made a part of this Order, contains terms that are within the range of reasonableness of a settlement meriting final approval by this Court pursuant to Rule 23(e).  In its determination, the Court considered factors including: (1) the strength of the plaintiff's case; (2)

the risk, expense, complexity, and likely duration of further litigation; (3) the risk of maintaining class action status throughout the trial; (4) the amount offered in settlement; (5) the extent of discovery completed, and the stage of the proceedings; (6) the experience and views of counsel; (7) the presence of a governmental participant; and (8) the reaction of the class members to the proposed settlement.

4.      It appears to the Court that the settlement is fair and reasonable to class members when balanced against the uncertainties of further litigation relating to class certification, liability and damages, and potential appeals.  It further appears that discovery as well as investigation and research have been conducted by counsel in a sufficient manner for the Parties to reasonably evaluate their respective positions; and that settlement at this time will avoid substantial costs, delay and risks that would be presented by continuation of this action; and the proposed settlement has been reached as a result of intensive and non-collusive negotiations between the Parties, including two days of mediation before an experienced neutral mediator.  The favorable reaction of Class Members to settlement lends further support to final approval.

5.      Accordingly, for good cause shown, final approval of class action settlement is hereby **granted**; and as a part of said final approval, the Court hereby accepts and incorporates the Settlement Agreement and orders that the Class (defined as all "Account Executives" employed by Defendant in the State of California from January 21, 2006, through January 6, 2012) be certified for settlement purposes only, pursuant to the terms and conditions contained in the Settlement Agreement.  The Parties are hereby **ordered** to carry out the provisions of the Settlement Agreement, including the transmission of the Class Notice and Claim Form, subject to the terms of this Order.

6.      The Court confirms the appointment of Plaintiff Brian Mas as representative of the Settlement Class and his counsel, Robert Ottinger of The Ottinger Firm P.C., as attorneys for the Settlement Class.

- 3 -

**[PROPOSED] ORDER GRANTING FINAL APPROVAL OF SETTLEMENT, JUDGMENT AND DISMISSAL**
CASE NO. C 10-01396 EMC

7.      The Court finds that distribution of the Class Notice (attached as Exhibit A to the Court's Preliminary Order) and accompanying Claim Form (attached as Exhibit B to the Preliminary Order) was completed in conformity with the Preliminary Order and was the best notice practicable.  The Notice provided due and adequate notice of the litigation, settlement and opportunity to participate, object and/or request exclusion.  No member of the 111-person class objected to the settlement or requested exclusion.

8.      Pursuant to briefing provided by Class Counsel, the Court approves the payment to Class Counsel of $179,525 for their fees incurred in representation of the Class in all proceedings in this Litigation, and $25,000 for their reasonable litigation costs incurred in representation

9.      In addition, the Court approves the payments to Plaintiff ($20,000) and class members Patricia Stanton ($15,000) and Mindy Phillips ($10,000) as Participation Payments for their efforts in Litigation.

10.      Because the Court has granted final approval of settlement, the Parties should distribute the Settlement Funds per the schedule set forth in the Settlement Agreement (as amended by any subsequent agreement by the Parties as stated in Briefing submitted to the Court).  Any residuum left over after all Settlement Funds are distributed will revert to the Parties' agreed *cy pres* beneficiary of the Legal Aid Society's Employment Law Center, providing legal services for low-income workers throughout the Bay Area.

11.      As of the date of this Final Order, the released claims of each member of the Class, pursuant to the terms of the Settlement Agreement, are and shall be deemed to be fully, finally, and conclusively released as against the Released Parties, and each member of the Class shall be forever barred and enjoined from prosecuting the released claims.

12.      The Court hereby **dismisses** this litigation on the merits and with prejudice, pursuant to the terms of the Settlement Agreement, against the named Plaintiff and Class Members.

- 4 -

1          13.     Without affecting the finality of this Judgment in any way, the Court retains

2  continuing jurisdiction over the interpretation, implementation and enforcement of the Settlement

3  Agreement and all related orders and judgments.

4  IT IS SO ORDERED.

5

6  Dated: _____ July 16, 2012 _

7

8

9

10

IT IS SO ORDERED

Judge Edward M. Chen

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 5 -

**[PROPOSED] ORDER GRANTING FINAL APPROVAL OF SETTLEMENT, JUDGMENT AND DISMISSAL**
CASE NO. C 10-01396 EMC